LINDSEY AILEEN DICKERSON   SYNCHRONY
701 HUDSON DR             ATTN: BANKRUPTCY
UTICA, MS 39175           P.O. BOX 965065
                          ORLANDO, FL 32896


THOMAS C. ROLLINS, JR.     SYNCHRONY
THE ROLLINS LAW FIRM, PLLC ATTN: BANKRUPTCY
P.O. BOX 13767             PO BOX 965064
JACKSON, MS 39236          ORLANDO, FL 32896


AFFIRM, INC.              TOWER LOAN
ATTN: BANKRUPTCY          ATTN: BANKRUPTCY
650 CALIFORNIA ST         PO BOX 320001
FL 12                     FLOWOOD, MS 39232
SAN FRANCISCO, CA 94108


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CONN'S HOMEPLUS
ATTN: BANKRUPTCY
2445 TECHNOLOGY FOREST
THE WOODLANDS, TX 77381


ELASTIAC REPUBLIC BANK
4030 SMITH RD
CINCINNATI, OH 45209


FREEDOM FINANCIAL
1875 SOUTH GRANT ST
SAN MATEO, CA 94402


KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531


MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005