**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                          CHAPTER 13:

LINDSEY AILEEN DICKERSON                      CASE NO.   26-02000-JAW

### NOTICE OF CORRECTION

PLEASE TAKE NOTICE the Notice of Chapter 13 Bankruptcy Case and Meeting of Creditors, dated July 27, 2026 (Docket #10), has the incorrect Confirmation hearing date. The correct date and time for the Confirmation hearing is September 28, 2026, at 10:00 AM in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, MS 39201.

All other deadlines remain the same.

Dated:  July 30, 2026

Respectfully submitted,

/s/Torri Parker Martin
Torri Parker Martin
CHAPTER 13 TRUSTEE
200 North Congress Street, Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Notice to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and all creditors and interested parties as shown on the attached matrix, and

Thomas Carl Rollins, Jr., Esq.
trollins@therollinsfirm.com

Dated:  July 30, 2026

/s/Torri Parker Martin
Torri Parker Martin
CHAPTER 13 TRUSTEE
200 North Congress Street, Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com

Label Matrix for local noticing
0538-3
Case 26-02000-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Thu Jul 30 14:37:16 CDT 2026

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

Affirm, Inc.
Attn: Bankruptcy
650 California St
Fl 12
San Francisco, CA 94108-2716

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Conn's HomePlus
Attn: Bankruptcy
2445 Technology Forest
The Woodlands, TX 77381-5205

Elastiac Republic Bank
4030 Smith Rd
Cincinnati, OH 45209-1937

(p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 2340
PHOENIX AZ 85002-2340

Keesler FCU
P.O.Box 7001
Biloxi, MS 39534-7001

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Synchrony
Attn: Bankruptcy
P.O. Box 965065
Orlando, FL 32896-5065

Synchrony
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

(p)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Lindsey Aileen Dickerson
701 Hudson Dr
Utica, MS 39175-9445

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankrupt
200 North Congress Street, Ste. 400
Jackson, MS 39201-1902

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Freedom Financial
1875 South Grant St
San Mateo, CA 94402

Mohela
633 Spirit Drive
Chesterfield, MO 63005

Tower Loan
Attn: Bankruptcy
Po Box 320001
Flowood, MS 39232

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15