IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

LINDSEY AILEEN DICKERSON                          NO. 26-02000 JAW

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Byrd & Wiser and enter their appearance as counsel for and on behalf of Keesler Federal Credit Union, in the above styled matter. Pursuant to Bankruptcy Rules 2002 and 9010(b), we request that all notices given or required to be served in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below. The undersigned is not authorized to accept service of process in any matter requiring same on behalf of Keesler Federal Credit Union, including but not limited to adversary proceedings.

Respectfully submitted,

KEESLER FEDERAL CREDIT UNION

BY: BYRD & WISER


BY: /S/ ROBERT ALAN BYRD
MSB#7651
EMAIL: rab@byrdwiser.com

## CERTIFICATE

I, ROBERT ALAN BYRD, counsel for Keesler Federal Credit Union, do hereby certify that I have this date transmitted via Electonic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Entry of Appearance and Request for Notice to the following:

Thomas C. Rollins, Jr., Attorney for Debtor, at **trollins@therollinsfirm.com**

Torri Parker Martin, Trustee, at **tpm@tpmartinch13.com**

This the 30th day of July, 2026.

/S/ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029