## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:

**LINDSEY AILEEN DICKERSON**                          **NO. 26-02000 JAW**

### ORDER

This matter having come on for consideration upon the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union (DK#_____) and the Court being advised that all parties agree to the requested relief, and that the Motion to Approve Agreement is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union be, and the same hereby is granted, and further the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Keesler Federal Credit Union so as to allow it to pursue its rightful remedies as to its subject matter personal property, namely one 2016 Toyota Corolla, VIN 2T1BURHE8GC582639 and one 2015 Ford F150 Pickup, VIN 1FTEW1EG3FFA67293.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property of the Debtor be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) F.R.Bkp. Pro., shall not apply

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

to this Order.

### ###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney for
Keesler Federal Credit Union

/S/THOMAS C. ROLLINS, JR.
Attorney for Debtor

/S/SEMOUNE ELLIS
Attorney for Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

## CERTIFICATE

Form # 78-001

DICKERSON, LINDSE
58

### STATE OF MISSISSIPPI

### ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 2T1BURHE8GC582639 | TOYT | 2016 | COROLLA | SD | MSI452067072 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/12/2023 | | | USED | PC | 91131 ACTUAL |

OWNER(S)

DICKERSON, LINDSEY A
701 HUDSON DR
UTICA MS 39175-9445

BRANDS

BENEFICIARY

1ST LIENHOLDER
KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

DATE: 12/13/2022

2ND LIENHOLDER

DATE:

MAIL TO

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

M142-26

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREIN HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
              (LIENHOLDER)                              (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20___

2ND LIEN _____ BY _____
              (LIENHOLDER)                              (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20___

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 12TH DAY OF JANUARY 20 23

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O 04439679

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

# CERTIFICATE

DICKERSON, LINDSE

Form #. 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

TITLE TEXT (E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | |
|---|---|---|---|---|---|---|
| 1FTEW1EG3FFA67293 | FORD | 2015 | F150 | PK | MS0966818304 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/28/2021 | | 6 | USED | PU | 67050 ACTUAL |

**OWNER(S)**

DICKERSON, LINDSEY A
701 HUDSON DR
UTICA MS 39175-9445

**BRANDS**

**1ST LIENHOLDER**                DATE: 01/19/2021

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

**2ND LIENHOLDER**                DATE:

**MAIL TO**

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

M147-32

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THIS MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____     BY _____
               (LIENHOLDER)                           (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

2ND LIEN _____     BY _____
               (LIENHOLDER)                           (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE 28TH DAY OF JANUARY 20 21

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

**CONTROL NUMBER**
O 0280277

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED