United States Bankruptcy Court
Southern District of Mississippi

In re: Lindsey Aileen Dickerson, Debtor

Case No. 26-02000-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: admin | Page 1 of 2
Date Rcvd: Sep 23, 2026 | Form ID: n032 | Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lindsey Aileen Dickerson, 701 Hudson Dr, Utica, MS 39175-9445 |
| cr | + | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5703493 | + | Robert Alan Byrd, For Keesler Federal Credit Union, P.O. Box 1939, Biloxi, MS 39533-1939 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5701054 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 23 2026 20:21:36 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5701055 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2026 20:10:39 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5701056 | + | Email/Text: bankruptcynotices@conns.com | Sep 23 2026 20:08:00 | Conn's HomePlus, Attn: Bankruptcy, 2445 Technology Forest, The Woodlands, TX 77381-5205 |
| 5721689 | + | Email/Text: elevate@ebn.phinsolutions.com | Sep 23 2026 20:09:00 | ELASTIC, PO BOX 101808, FORT WORTH, TX 76185-1808 |
| 5701057 | + | Email/Text: bankruptcy@republicbank.com | Sep 23 2026 20:09:00 | Elastiac Republic Bank, 4030 Smith Rd, Cincinnati, OH 45209-1937 |
| 5701058 | | Email/Text: bk@freedomfinancialnetwork.com | Sep 23 2026 20:08:00 | Freedom Financial, 1875 South Grant St, San Mateo, CA 94402 |
| 5716421 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2026 20:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5701059 | + | Email/Text: melissa.martin@kfcu.org | Sep 23 2026 20:09:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5703336 | + | Email/Text: melissa.martin@kfcu.org | Sep 23 2026 20:09:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5701060 | | Email/Text: EBN@Mohela.com | Sep 23 2026 20:08:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5701062 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2026 20:10:46 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5701061 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2026 20:10:39 | Synchrony, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5701063 | | Email/Text: bankruptcycourt@towerloan.com | Sep 23 2026 20:08:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5717638 | + | Email/Text: bankruptcycourt@towerloan.com | Sep 23 2026 20:08:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lindsey Aileen Dickerson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

**Case No.:** 26−02000−JAW
**Chapter:** 13

**In re:**

Lindsey Aileen Dickerson
aka Lindsey A Dickerson
701 Hudson Dr
Utica, MS 39175

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 9/23/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 23, 2026

Danny L. Miller, Clerk of Court